UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER BARRAGAN, ON BEHALF OF
HIMSELF AND ALL OTHERS SIMILARLY
SITUATED,

        Plaintiff(s),

vs.

WASHINGTON MUTUAL BANK, FA, AND
DOES 1-50, INCLUSIVE,

        Defendant(s),

No. C 06 1646 CRB

AFFIDAVIT OF SERVICE

STATE OF WASHINGTON
                ss.
COUNTY OF KING

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the **8th** day of **March, 2006 @ 12:30 PM**, at the address of **1201 THIRD AVE SUITE 1706, Seattle**, within **KING** County, **WA**, the undersigned duly served the following document(s): **SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT FOR UNPAID OVERTIME WAGES UNDER FEDERAL AND STATE LAW; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFO. HANDOUT; GUIDELINES FOR THE US DISTRICT COURT-SAN FRANCISCO** in the above entitled action upon **WASHINGTON MUTUAL BANK, FA**, by then and there personally delivering a true and correct copy(ies) of the above documents into the hands of and leaving same with **JAMIE BUHL, ADMINISTRATIVE ASSISTANT**.

Date: 3/9/2006

Service Fee: $ _____
Return Fee: $ _____
Mileage Fee: $ _____
Misc. Fee: $ _____
Total Fee: $ _____

Todd Remmem
Registered Process Server
License #: **9506452**
NW Legal Support, Inc.
200 West Thomas Street
Seattle, WA 98119
206.223.9426

Subscribed and sworn before me this ____ day of _____

Notary Public in and for the
State of Washington
My commission expires

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 03/08/2006 |
| Name of SERVER Todd W. Remmem | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate Service, Served Jamie Buhl, Administrative Assistant, Legal Dept.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/8/2006
Date

Signature of Server

300 W Thomas Ste 140, Seattle WA 98119
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure