NED A. FINE (No. 47786)
DAVID A. HOSILYK (No. 191274)
FINE, BOGGS & PERKINS, LLP
2450 S. Cabrillo Highway, Suite 100
Half Moon Bay, CA 94019
Telephone: (650) 712-8908
Facsimile: (650) 712-1712

Attorneys for Plaintiffs
CHRISTOPHER BARRAGAN, ET AL.

JONATHAN P. HAYDEN (No. 104520)
ANDREW R. LIVINGSTON (No. 148646)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER BARRAGAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: C 06 1646 CRB<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING RESPONSE TO THE COMPLAINT** |

PAGE 3/3 * RCVD AT 3/28/2006 9:45:23 AM [Pacific Standard Time] * SVR:SFCS03/1 * DNIS:3868 * CSID:16507121712 * DURATION (mm-ss):01-50

3/27/2006  2:58     PAGE 005/005     Fax Server

1  Pursuant to Local Rule 6-1(a), Plaintiff Christopher Barragan and Defendant
2  Washington Mutual Bank, through their counsel, hereby stipulate that Defendant shall have
3  a fifteen day extension to respond to Plaintiff's Complaint. As a result, Defendant's answer
4  or other response to Plaintiff's Complaint shall now be due to be filed and served on April
5  12, 2006.

7  DATED: March 27, 2006          Respectfully submitted,

   FINE, BOGGS & PERKINS, LLP

   By _____
   NED A. FINE
   DAVID A. HOSILYK
   Attorneys for Plaintiffs
   CHRISTOPHER BARRAGAN


   HELLER EHRMAN LLP


   By _____
   JONATHAN P. HAYDEN
   ANDREW R. LIVINGSTON
   Attorneys for Defendant
   WASHINGTON MUTUAL BANK



IT IS SO ORDERED
Judge Charles R. Breyer

March 29, 2006

STIPULATION TO EXTEND DEADLINE FOR FILING RESPONSE TO THE COMPLAINT: C 06 1646 CRB

MAR-28-2006 TUE 09:40 AM Fine, Boggs & Perkins     FAX NO. 16507121712     P. 03

## PROOF OF SERVICE BY MAIL

I, Carolyn Ekstedt, declare as follows:

I am employed with the law firm of Heller Ehrman LLP whose address is 333 Bush Street, San Francisco, California 94104-2878. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On March 28, 2006, I served the following:

**STIPULATION TO EXTEND DEADLINE FOR FILING RESPONSE TO THE COMPLAINT**

on the below party in this action by placing true copies thereof in a sealed envelope, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

Ned A. Fine, Esq.
David A. Hosilyk, Esq.
FINE, BOGGS & PERKINS, LLP
2450 S. Cabrillo Highway
Suite 100
Half Moon Bay, CA  94019

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on March 28, 2006.

*Carolyn Ekstedt*
Carolyn Ekstedt

Heller Ehrman LLP

1

PROOF OF SERVICE BY MAIL:  CASE NO.: C 06 1646 CRB