1  JONATHAN P. HAYDEN (No. 104520)
   ANGELA J. RAFOTH (No. 241966)
2  HELLER EHRMAN LLP
3  jonathan.hayden@hellerehrman.com
   angela.rafoth@hellerehrman.com
4  333 Bush Street
   San Francisco, CA 94104-2878
5  Telephone: (415) 772-6000
6  Facsimile: (415) 772-6268

7  Attorneys for Defendant
   WASHINGTON MUTUAL BANK
8

9  NED A. FINE (State Bar No. 047786)
   DAVID A. HOSILYK (State Bar No. 191274)
10 FINE, BOGGS & PERKINS, LLP
   2450 S. Cabrillo Highway, Suite 100
11 Half Moon Bay, California 94019
   Telephone: (650) 712-8908
12 Facsimile: (650) 712-1712

13
   Attorneys for Plaintiffs
14 CHRISTOPHER BARRAGAN, ET AL.

15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
17              SAN FRANCISCO DIVISION

18 CHRISTOPHER BARRAGAN, on behalf of himself    Case No.: C 06 1646 CRB
19 and all others similarly situated,
                                                 STIPULATION AND [PROPOSED]
20                              Plaintiff,       ORDER RE VOLUNTARY DISMISSAL
                                                 WITH PREJUDICE PURSUANT TO
21     v.                                        FED.R.CIV.P. 41(A)(1)
22
   WASHINGTON MUTUAL BANK, and                   Judge: The Honorable Charles R. Breyer
23 DOES 1-50, inclusive,                         Location: 19th Floor, Courtroom 8

24                              Defendants.
25

26
27     IT IS HEREBY STIPULATED by and between Plaintiff Christopher Barragan and
28 Defendant Washington Mutual Bank, through their designated counsel, that the parties have

STIPULATION AND PROPOSED
ORDER OF DISMISSAL
Case No.: C 06 1646 CRB

reached a settlement and the above-captioned action be and hereby is DISMISSED WITH PREJUDICE pursuant to Fed.R.Civ.P. 41(a)(1). No class has been certified in this matter, and no notice or review of the settlement is required under Fed.R.Civ.P. 23(e) or otherwise. The parties wish to notify the court, however, that most, if not all, of the claims of the putative class fall within the class allegations in other currently pending matters, notably *Cayer v. Washington Mutual Bank*, Case No.: C 07 0875 JSW (N.D. CA), and *Westerfield v. Wasthington Mutual Bank*, 06-CV-2817 (CBA) (JMA) (E.D. NY).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 15, 2007          FINE, BOGGS & PERKINS, LLP

By _____
NED A. FINE
DAVID A. HOSILYK
Attorney for Plaintiffs
CHRISTOPHER BARRAGAN, ET AL.

Dated: November 15, 2007          HELLER EHRMAN, LLP

By _____
JONATHAN P. HAYDEN
ANGELA J. RAFOTH
Attorney for Defendant
WASHINGTON MUTUAL BANK

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___November 20, 2007___          _____
Charles R. Breyer
IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND PROPOSED
ORDER OF DISMISSAL
Case No.: C 06 1646 CRB

2